### WASHINGTON *et al. v.* THE STATE.

LUMPKIN, P. J.   There is no merit in any of the numerous special grounds of the motion for a new trial, and there was sufficient evidence to warrant the verdict.
*Judgment affirmed.   All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 17, — Decided March 26, 1902.

Indictment for assault with intent to murder.   Before Judge Littlejohn.   Sumter superior court.   January 18; 1902.

*John R. Cooper,* for plaintiffs in error.
*F. A. Hooper, solicitor-general,* and *Allen Fort Jr.,* contra.